COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     James W. Cleveland v. The State of Texas

Appellate case number:   01-18-00668-CR

Trial court case number: 1529355

Trial court:             180th District Court of Harris County

The clerk's record was filed on August 8, 2018, but the reporter's record has not been filed. On August 10, 2018, the Clerk of this Court notified appellant that the court reporter responsible for preparing the record in this appeal informed the Court that appellant had not made arrangements to pay for the record and this Court's records indicated that appellant is not appealing as indigent. *See* TEX. R. APP. P. 35.3(b). The Clerk further notified appellant that unless he caused the reporter's record to be filed in this Court, made arrangements to pay for the reporter's record, or provided proof that he is entitled to proceed without payment of costs by January 10, 2018, the Court might consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant failed to respond and has not provided the Court with evidence showing that he has paid or made arrangements to pay the court reporter or caused a reporter's record to be filed in the Court.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id*. Appellant's brief is ORDERED to be filed within **30 days of the date of this order**. *See* TEX. R. APP. P. 38.6(a).

It is so ORDERED.

Judge's signature: _____/s/ Gordon Goodman_____
                            Acting individually

Date: __March 5, 2019__